# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **CHIU YUEN TO, on behalf of himself and all similarly situated persons,** ) ) ) ) **Plaintiff,** ) ) v. ) ) ) **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,** ) ) ) ) ) **Defendant.** ) | Case No. 2:22-cv-02021-JTF-tmp |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed without Prejudice in accordance with the Order Granting State Farm Mutual Automobile Insurance Company's Motion to Dismiss entered on October 20, 2022.

**APPROVED:**

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

October 20, 2022  
DATE

THOMAS M. GOULD  
CLERK

s/Jarrod Nelson  
(BY) LAW CLERK